UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FIDENCIO QUIROZ,
and all others similarly situated

        Plaintiff,

Case No.: 06-21594 CIV

vs.

**CONSENT CASE**

SUPERIOR BUILDING MAINTENANCE,
INC., SUPERIOR BUILDING MAINTENANCE
OF THE VIRGIN ISLANDS, INC., SUPERIOR
BUILDING MAINTENANCE OF PUERTO
RICO, INC., SBM OF DAVIE, INC., and
WALLACE PARRISH,

        Defendants.
_____/

## ORDER

This Order is entered for the purposes of protecting the right of privacy of those individuals, including Plaintiff and Luis Martinez, whose names appear in the records described in Defendants' Subpoena for Records to the Federal Bureau of Investigation ("FBI").

An agency, such as the FBI, is prohibited from disclosing records or information contained in records protected under the Privacy Act unless such disclosure falls within one of the exceptions set forth at 5 U.S.C. Section 522a(b). Pursuant to U.S.C. Section 522a(b)(11), disclosure is allowed if made "pursuant to the order of a court of competent jurisdiction." To invoke this exception to the Privacy Act, the Court must make a determination that the need for disclosure of the information outweighs the privacy

interests of the subject of the disclosure. *Perry v. State Farm Fire & Casualty Company*, 734 F.2d 1441, 1447 (11th Cir. 1984), *cert. denied* 469 U.S. 1108 (1985); *Tootle v. Seaboard Coast Line R&R*, 468 So.2d 237, 239 (Fla. Dist. Ct.App. 1984). In this case, the Court finds that the records described are relevant to the issues raised in the above captioned case and that the need of the party requesting the records outweighs the potential harm to the subjects of the disclosure. This Order permits the disclosure in the course of this action of the records described in the Defendants' subpoena issued August 23, 2007.

IT IS HEREBY ORDERED that:

Pursuant to the provisions of the Privacy Act, 5 U.S.C. Section 552(a)(b)(11), the Government is authorized to provide to the party requesting this Order those portions of the FBI file that are responsive to the subpoena subject to the following: The Government is entitled to invoke any privilege existing under the law or regulation other than the Privacy Act in connection with its release of such documents.

DONE and ENTERED this 11th day of September 2007.

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

2