UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21594-CIV-MORENO/SIMONTON
<u>CONSENT CASE</u>

**FIDENCIO QUIROZ,**

    Plaintiff,

v.

**SUPERIOR BUILDING
MAINTENANCE, INC., et al.,**

    Defendants.
_____/

<u>ORDER DENYING MOTION TO COMPEL,
SETTING EVIDENTIARY HEARING ON MOTION TO DISMISS,
AND CONTINUING THE TRIAL AND CERTAIN PRETRIAL DEADLINES</u>

This matter was before the Court on November 19, 2007, for a telephonic status and scheduling conference. This Order sets forth various rulings made during the course of the hearing, and incorporates by reference the reasons stated on the record.

Therefore, it is hereby **ORDERED AND ADJUDGED** that:

1. An evidentiary hearing on Defendants' Motion to Dismiss for Witness Tampering (DE # 37) is set for Monday, December 3, 2007 at 10:00 a.m. before Magistrate Judge Andrea M. Simonton in Courtroom XI, 300 N.E. First Avenue, Miami, FL 33130. The parties may call any relevant witnesses to testify at this hearing and subpoena any relevant documents.

If any party has a conflict regarding the date or time of the hearing, that party shall coordinate with the other parties to find proposed alternative available dates. This can be accomplished via a conference call to the chambers of the undersigned Magistrate Judge. If the parties cannot agree, the party seeking to change the date shall

file a motion with the Court.

2.     Defendant Wallace Parrish is required to be present at the hearing for the purpose of examination by defense counsel if defense counsel elects to call him as a witness.

3.     Plaintiff's Motion to Compel Depositions of Defendant Wallace Parrish and Luis Martinez (DE # 55) is **DENIED** for the reasons stated on the record at the status and scheduling conference, including the fact that the witnesses Plaintiff seeks to depose will testify at the December 3, 2007 evidentiary hearing.

4.     This Court's stay on further proceedings (DE ## 49, 52) is continued pending disposition of the Motion to Dismiss, and any deadlines that had not yet expired as of the September 11, 2007 order imposing the stay, as well as the trial (previously set for December 10, 2007) and the pretrial conference (previously set for November 28, 2007), are continued until further order of the Court.

5.     The audio recording and translated transcript of the conversation between Plaintiff Fidenco Quiroz and Luis Martinez, which was filed with the Court on October 9, 2007 (DE # 54) will be admitted as evidence at the hearing based upon the stipulation of the parties.

**DONE AND ORDERED** in chambers in Miami, Florida, on November 20, 2007.

_/s/ Andrea M. Simonton_
**ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE**

Copies to:
All counsel of record